# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 18, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

156849(93)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

RAFAELI, LLC, and ANDRE OHANESSIAN,
    Plaintiffs-Appellants,

v

    SC: 156849
    COA: 330696
    Oakland CC: 2015-147429-CZ

OAKLAND COUNTY and ANDREW MEISNER,
    Defendants-Appellees.
_____/

    On order of the Chief Justice, the motion of defendants-appellees to extend the time for filing their appeal brief is GRANTED. The brief will be accepted as timely filed if submitted on or before April 3, 2019.



    I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 18, 2019



Clerk